UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY WEST, on behalf of herself and all others similarly situated,

    Plaintiff,

      v.                                CASE NO.: 1:20-cv-3594

HATLEY USA, INC.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Mary West and the Defendant Hatley USA, Inc. that this action, in its entirety, is dismissed with prejudice pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, with each party to pay its own costs and attorneys' fees.

**Dated:**    10/26/20

| For Plaintiff Mary West | For Defendant Hatley USA, Inc. |
|---|---|
| David Paul Force<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>dforce@steinsakslegal.com | Mark A. Beckman<br>Gordon & Rees, LLP<br>1 Battery Plaza 28th Floor<br>New York, NY 10004<br>Ph: (212) 269-5500<br>mbeckman@grsm.com |

1